UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR206 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| JOE HANSEN, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 28th day of December, 2006, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 16, 2006, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), based upon the Defendant's plea of guilty to Counts II, VII and VIII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 1995 Ford Commercial Truck, VIN 1FTJS34GXSHA17660, and a Maverick Arms 12 gauge shotgun was forfeited to the United States.

2. On November 9, 16, and 23, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on December 22, 2006 (Filing No. 24).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the subject properties, *i.e.*, a 1995 Ford Commercial Truck, VIN 1FTJS34GXSHA17660, and a Maverick Arms 12 gauge shotgun, held by any person or entity, is hereby forever barred and foreclosed.

C.  The subject properties, *i.e.*, a 1995 Ford Commercial Truck, VIN 1FTJS34GXSHA17660, and a Maverick Arms 12 gauge shotgun, be, and the same hereby is, forfeited to the United States of America.

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 28th day of December, 2006.

**BY THE COURT:**

s/Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**